IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| HENRY SEBASTION ROHDEN, | § § § | |
| Petitioner, | § § | |
| v. | § § | 2:16-CV-122 |
| UNITED STATES OF AMERICA, | § § § | |
| Respondent. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION and DISMISSING MOTION TO VACATE SENTENCE

Came for consideration the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody filed by defendant HENRY SEBASTION ROHDEN. On June 29, 2016, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending defendant's motion be dismissed. As of this date, defendant has not filed objections to the Magistrate Judge's Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the Motion to Vacate, Set Aside, or Correct Sentence filed by defendant is hereby DISMISSED.

IT IS SO ORDERED.

ENTERED this ___19th___ day of ___July___ 2016.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE